JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JUAN T. TYLER,

      Petitioner,

        v.

LUIS MARTINEZ, Warden,

      Respondent.

No. CV 22-08250-FMO (DFM)

JUDGMENT

     Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date:  March 25, 2024

                  _____/s/_____

                  FERNANDO M. OLGUIN
                  United States District Judge